IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANEL CORDERO | Criminal No. 20-85<br>(18 U.S.C. §§ 1029(a)(2), 1029(a)(3),<br>1029(c)(1)(A)(i), 1028A(a)(1))<br>[UNDER SEAL] |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about August 21, 2019, in the Western District of Pennsylvania, the defendant, DANEL CORDERO, knowingly and with intent to defraud, possessed fifteen or more counterfeit and unauthorized access devices, that is, fifteen or more electronically funded gift cards with credit card numbers belonging to other people encoded on their magnetic strips, said possession affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(3) and 1029(c)(1)(A)(i).

## COUNT TWO

The grand jury further charges:

From in and around February 2019, and continuing thereafter to in and around September 2019, in the Western District of Pennsylvania and elsewhere, the defendant, DANEL CORDERO, knowingly and with intent to defraud, used unauthorized access devices, that is, credit card numbers belonging to other people, and by such conduct obtained goods with an aggregate value of more than $1,000, said use affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 1029(a)(2) and 1029(c)(1)(A)(i).

## COUNT THREE

The grand jury further charges:

On or about August 23, 2019, in the Western District of Pennsylvania, the defendant, DANEL CORDERO, during and in relation to the felony violation of Access Device Fraud as set forth in Count Two, did knowingly possess and use, without lawful authority, the means of identification of another person, specifically the credit card number of an individual known to the grand jury as R.F.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FOUR

The grand jury further charges:

On or about August 29, 2019, in the Western District of Pennsylvania, the defendant, DANEL CORDERO, during and in relation to the felony violation of Access Device Fraud as set forth in Count Two, did knowingly possess and use, without lawful authority, the means of identification of another person, specifically the credit card number of an individual known to the grand jury as R.F.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352